## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00550-RPM-BNB

WAYNE PHILIP SAGE, JR.,

                              Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

                              Defendant.

---

**ORDER GRANTING UNION PACIFIC RAILROAD COMPANY'S UNOPPOSED
MOTION TO AMEND SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINES**

---

THIS MATTER comes before the Court on Union Pacific Railroad Company's ("Union Pacific") unopposed Motion to amend the Scheduling Order and extend discovery deadlines. Having considered the matter, and good cause having been shown, it is hereby

ORDERED that the Scheduling Order is amended, and that the discovery deadlines shall now be:

(1) Discovery to be completed on or before February 27, 2008.

(2) Dispositive motions to be filed on or before March 28, 2008.

(3) The parties shall designate all experts and provide Fed. R. Civ. P. 26(a)(2) information on or before December 14, 2007.

(4) The parties shall designate all rebuttal experts and provide Fed. R. Civ. P. 26(a)(2) information on or before January 14, 2008.

DATED this 27th day of August, 2007.

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch
                              United States District Judge