# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-550-RPM-BNB
_____

WAYNE PHILIP SAGE, JR.,

                                      Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

                                      Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

      IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed with prejudice, each party to pay his or its own costs.

      DATED at Denver, Colorado, this 7th day of December, 2007

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      U. S. DISTRICT COURT JUDGE